UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 24-cv-24330-DPG

WINDY LUCIUS

       Plaintiff,

v.

JECTNYC, LLC.

       Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, Windy Lucius, by and through the undersigned counsel, notifies the Court that the Parties have reached an agreement in principle that resolves all claims that were or could have been brought here and are preparing the Settlement Agreement. The Parties request that the Court stay all matters and pending deadlines here and grant the Parties 30 days to finalize their Settlement Agreement and to submit the appropriate notices and/or stipulations to the Court regarding dismissal of the Action.

Respectfully submitted on December 27, 2024.

By: */s/ J. Courtney Cunningham*
Juan Courtney Cunningham, Esq.
FBN: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*

**Page 1 of 2**

**Lucius v. JectNYC**
**Case No. 24-cv-24330-DPG**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 27, 2024, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ J. Courtney Cunningham*
Juan Courtney Cunningham, Esq.
FBN: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*